1  MICHAEL D. HAIGHT, ESQ.
   Nevada Bar No. 5654
2  GENEVIEVE ROMAND, ESQ.
   Nevada Bar No. 13235
3  HENNESS & HAIGHT
4  8972 Spanish Ridge Avenue
   Las Vegas, Nevada 89148
5  (702) 862-8200 Telephone
   (702) 862-8204 Facsimile
6  genevieve@hennessandhaight.com
7  *Attorney for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| MIA FERRARIO, individually, | Case No.: 2:24-cv-01261-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COUNT II AND PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES** |
| USAA CASUALTY INSURANCE COMPANY, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive, | |
| Defendants. | |

Plaintiff, MIA FERRARIO, by and through her counsel of record, MICHAEL D. HAIGHT, ESQ. and GENEVIEVE ROMAND, ESQ. of the law firm of HENNESS & HAIGHT, and Defendant, USAA CASUALTY INSURANCE COMPANY , by and through its counsel of record, MARY E. BACON, ESQ. and JESSICA E. CHONG, ESQ. of the law firm of SPENCER FANE LLP (collectively, "the Parties"), herby submit the following Stipulation and proposed Order to Extend Time to File Opposition to Defendant, USAA CASUALTY INSURANCE COMPANY's Motion to Dismiss Plaintiff's Count II and Plaintiff's Request for Punitive Damages [Doc. 6].

///

///

1

On July 19, 2024, Defendant, USAA CASUALTY INSURANCE COMPANY, filed a Motion to Dismiss Plaintiff's Count II and Plaintiff's Request for Punitive Damages [Doc. 6]. The Opposition to the motion is due on August 2, 2024.  Given no hearing on said Motion has yet been scheduled, the parties, in the spirit of civility and professionalism, met and conferred and hereby stipulate to extend the time for Plaintiff to file her Opposition to said motion to and until **August 16, 2024**.

| | |
|---|---|
| Dated this 1st day of August, 2024. | Dated this 1st day of August, 2024. |
| HENNESS & HAIGHT | SPENCER FANE LLP |
| */s/ Genevieve Romand, Esq.* | */s/ Mary E. Bacon, Esq.* |
| MICHAEL D. HAIGHT, ESQ. | MARY E. BACON, ESQ. |
| Nevada Bar No. 5654 | Nevada Bar No. 12686 |
| GENEVIEVE ROMAND, ESQ. | JESSICA E. CHONG, ESQ. |
| Nevada Bar No. 13235 | Nevada Bar No. 13845 |
| 8972 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 950 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
Gloria M. Navarro
United States District Judge