Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **MIA FERRARIO**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**, an entity licensed to do business in Nevada; **DOES I through X**; and **ROE CORPORATIONS, XI through XX**, inclusive,<br><br>Defendants, | Case No.: 2:24-cv-01261-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**<br><br>**[FIRST REQUEST]** |

Defendant USAA Casualty Insurance Company ("USAA CIC") and Plaintiff Mia Ferrario ("Ferrario" and together with USAA CIC collectively referred to as the "Parties") hereby stipulate to extend Defendant USAA CIC's time to file its Opposition to Plaintiff's Motion to Remand (ECF 11) by two weeks. The Opposition is currently due on August 23, 2024. This stipulation allows USAA CIC to file its Opposition on Friday, September 6, 2024. This is the parties first request for an extension and is not made for the purposes of delay. The stipulation is made in the interest of professional courtesy. Defense counsel's family member was admitted into the ICU and so, she had to travel to California to take care of her family.

| | |
|---|---|
| Dated this 23rd day of August, 2024. | Dated this 23rd day of August, 2024. |
| HENNESS & HAIGHT | SPENCER FANE LLP |
| */s/ Genevieve Romand, Esq.* <br> MICHAEL D. HAIGHT, ESQ. <br> Nevada Bar No. 5654 <br> GENEVIEVE ROMAND, ESQ. <br> Nevada Bar No. 13235 <br> 8972 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> *Attorneys for Plaintiff* | /s/ Mary E. Bacon <br> MARY E. BACON, ESQ. <br> Nevada Bar No. 12686 <br> JESSICA E. CHONG, ESQ. <br> Nevada Bar No. 13845 <br> 300 S. Fourth Street, Suite 950 <br> Las Vegas, Nevada 89101 <br> *Attorneys for USAA Casualty Insurance Company* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Date:  August 23, 2024