Mary E. Bacon, Esq. (NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIA FERRARIO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY**, an entity licensed to do business in Nevada; **DOES I through X**; and **ROE CORPORATIONS, XI through XX**, inclusive,<br><br>Defendants, | Case No.: 2:24-cv-01261-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant, USAA Casualty Insurance Company ("Defendant") by and through its counsel Spencer Fane LLP and Plaintiff, Mia Ferrario ("Plaintiff") by and through her counsel, Henness & Haight, hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear their own fees and costs.

Dated this 30th day of December, 2024.                Dated this 30th day of December, 2024.

HENNESS & HAIGHT                                       SPENCER FANE LLP

/s/ Genevieve Romand, Esq.                             /s/ Mary E. Bacon
MICHAEL D. HAIGHT, ESQ.                                MARY E. BACON, ESQ.
Nevada Bar No. 5654                                    Nevada Bar No. 12686
GENEVIEVE ROMAND, ESQ.                                 300 S. Fourth Street, Suite 1600
Nevada Bar No. 13235                                   Las Vegas, Nevada 89101
8972 Spanish Ridge Avenue                              *Attorneys for USAA Casualty Insurance*
Las Vegas, Nevada 89148                                *Company*
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**
Dated this __30__ day of December, 2024.    _____
                                             U.S. District Judge